# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANK OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-D,<br><br>Plaintiff,<br><br>vs.<br><br>1727 N LAMONT TRUST, *et al.*,<br><br>Defendants. | 2:16-cv-00442-JAD-VCF<br><br>**ORDER** |

Before the court is *U.S. Bank National Association, as trustee for Bank of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-D, et al.*, case no. 2:16-cv-00442-JAD-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., June 2, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 10th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE