1  MELANIE MORGAN, ESQ.
   Nevada Bar No. 8215
2  JASON J. ZUMMO
   Nevada Bar. No. 13995
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: jason.zummo@akerman.com

7  *Attorneys for plaintiff and counter-defendant U.S. Bank
   National Association, as Trustee for the Banc of America Funding 2006-D Trust*

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

11  U.S. BANK NATIONAL ASSOCIATION, AS        Case No.:    2:16-cv-00442-JAD-VCF
    TRUSTEE FOR THE BANC OF AMERICA
12  FUNDING 2006-D TRUST                      SUBSTITUTION OF COUNSEL FOR U.S.
                                              BANK NATIONAL ASSOCIATION, AS
13              Plaintiff,                    TRUSTEE   FOR   THE    BANC   OF
                                              AMERICA FUNDING 2006-D TRUST
    vs.
14
    1727 N. LAMONT TRUST; LA MONTANA
15  HOMEOWNERS ASSOCIATION

16              Defendants.

17  1727 N LAMONT TRUST,

18              Counter-Claimant,

19  vs.

20  U.S. BANK NATIONAL ASSOCIATION, AS
    TRUSTEE FOR THE BANC OF AMERICA
21  FUNDING 2006-D TRUST,

22              Counter-Defendant.

23  1727 N LAMONT TRUST,

24              Third-Party Plaintiff,

25  vs.

26  JESUS   A.   VALLEJO,   an   individual;
    MARGARITZ VALLEJO, an individual; DOE
27  INDIVIDUALS I through X, inclusive; and ROE
    CORPORATIONS XI through XX,
28  inclusive,
                Third-Party Defendants.

43784665;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL: (702) 634-5000 – FAX: (702) 380-8572

1    Plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Banc of

2    America Funding 2006-D Trust hereby consents to the substitution of Melanie Morgan, Esq. and

3    Jason J. Zummo, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY &

4    ZAK, LLP in the above-entitled matter.

5    DATED this 29 day of January, 2018.

                                                    A. J. Loll, Vice President
                                                    Nationstar Mortgage LLC

6                                           U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
7                                           FOR THE BANC OF AMERICA FUNDING 2006-D
                                            TRUST
8                   Nationstar Mortgage LLC    By: _____
9                                                       A. J. Loll
                                              Its:    Attorney-In-Fact as Trustee
10

11    Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the

12   substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as counsel of

13   record in its place and stead on behalf of plaintiff and counter-defendant U.S. Bank National

14   Association, as Trustee for the Banc of America Funding 2006-D Trust.

15    DATED this 26th day of January, 2018.

16                                          WRIGHT, FINLAY & ZAK, LLP
17                                          _____
                                            DANA J. NITZ, ESQ.
18                                          Nevada Bar No. 000050
                                            7785 W. Sahara Ave., Suite 200
19                                          Las Vegas, Nevada 89117

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

2

42369890;1}
43784663;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL: (702) 634-5000 — FAX: (702) 380-8572

1     Melanie Morgan, Esq. and Jason J. Zummo, Esq. of the law firm AKERMAN LLP consent to

2     substitution as counsel of record for plaintiff and counter-defendant U.S. Bank National Association,

3     as Trustee for the Banc of America Funding 2006-D Trust.

4     DATED this ___ day of January, 2018.

5                         AKERMAN LLP

6

7                         MELANIE D. MORGAN, ESQ.
                          Nevada Bar No. 8215

8                         JASON J. ZUMMO
                          Nevada Bar. No. 13995

9                         1635 Village Center Circle, Suite 200
                          Las Vegas, Nevada 89134

10                         ORDER

11     IT IS SO ORDERED:

12

13     UNITED STATES ~~DISTRICT COURT~~ JUDGE
                        Magistrate

14     DATED: _____

15                   January 30, 2018

16

17

18

19

20

21

22

23

24

25

26

27

28

42369890;1
43784665;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL: (702) 634-5000 – FAX: (702) 380-8572

1

## CERTIFICATE OF SERVICE

2   I HEREBY CERTIFY that on this 11th day of January, 2018 and pursuant to FRCP

3   5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files

4   (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR**

5   **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BANC OF AMERICA**

6   **FUNDING 2006-D TRUST,** addressed to:

7

8   Ryan D. Hastings, Esq.                                      Dana J. Nitz, Esq.
    Ryan Warren Reed, Esq.                                  Edgar C. Smith, Esq.
9   **Leach Johnson Song & Gruchow**              Rock K. Jung Esq.
    8945 W. Russell Rd.                                          **Wright, Finlay & Zak, LLP**
10  Las Vegas, NV 89148                                      7785 W. Sahara Ave., Ste. 200
    *Attorneys   for   Defendant   La   Montana*   Las Vegas, NV 89117
11  *Homeowners Association*                          *Attorneys for Plaintiff and Counter-Defendant*

12

13  Steven T. Loizzi, Jr., Esq.
    **HOA Lawyers Group, LLC**
14  9500 West Flamingo Rd., Ste. 204
    Las Vegas, NV 89147
15  *Attorneys   for   Defendant   and   Third   Party*
    *Plaintiff 1727 N. Lamont Trust*

16

17  /s/ Doug Layne
    An Employee of Akerman LLP

18

19

20

21

22

23

24

25

26

27

28

4

42360890;1
43784663;1